IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TARYN BRADLEY-ABOYADE, an individual and successor-in-interest of Wayne Benjamin Bradley, deceased,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**OFFICER D. CROZIER, et al.,**<br><br>                                    Defendants. | Case No. 2:19-cv-01098-TLN-AC<br><br>**ORDER GRANTING DEFENDANT LIZARRAGA'S ADMINISTRATIVE MOTION FOR AN EXTENSION OF TIME TO RESPOND TO SECOND AMENDED COMPLAINT** |

Defendant J. Lizarraga filed a request for a 30-day extension of time, up to and including October 8, 2020, in which to file a responsive pleading to the Second Amended Complaint. The Court has read and considered the request and counsel's accompanying declaration, and finds good cause exists to grant the request.

IT IS HEREBY ORDERED that Defendant Lizarraga's administrative motion for an extension of time is GRANTED, and that Defendant Lizarraga's time to file a responsive pleading to the Second Amended Complaint is extended for 30 days, up to and including October 8, 2020.

Dated: September 4, 2020

Troy L. Nunley
United States District Judge

1