# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARYN BRADLEY-ABOYADE, an individual and successor-in-interest of WAYNE BENJAMIN BRADLEY, deceased;<br><br>Plaintiff,<br><br>v.<br><br>OFFICER D. CROZIER, an individual; OFFICER T. HENG, an individual; OFFICER R. SALAS, an individual; OFFICER C. LARSEN, an individual; J. AUSTIN, an individual,<br><br>Defendants. | Case No.: 2:19-cv-01098-TLN-AC<br>Related Case: 2:18-cv-02994-TLN-AC<br><br>**[PROPOSED] ORDER RE PLAINTIFF TARYN BRADLEY-ABOYADE'S EX PARTE APPLICATION FOR LEAVE OF COURT TO PERMIT HER COUNSEL TO PARTICIPATE IN THE NON-PARTY PRISONER WITNESSES' DEPOSITIONS** |

With good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Taryn Bradley-Aboyade is granted leave of Court for her counsel to participate in the non-party prisoner depositions of Michael Mitchell (June 1, 2022), Mia P. Rosati (June 1, 2022), Dennis Mize (June 7,

2022), Jose F. Navas (June 7, 2022), David Mijares (TBD), Christopher A. Cash (TBD), and Virgil J. Frye (TBD).

IT IS SO ORDERED.

Dated: May 27, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
1