JOHN BURTON (SBN 86029)
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Telephone: 626-449-8300
Facsimile: 626-440-5968
jb@johnburtonlaw.com

T. KENNEDY HELM, IV (SBN 282319)
HELM LAW OFFICE, PC
644 40th Street, Suite 305
Oakland, CA 94609
Telephone: 510-350-7517
Facsimile: 520-350-7359
kennedy@helmlawoffice.com

Attorneys for Plaintiff Natasha Bradley, Individually and
as the Successor-in-Interest and Personal Representative
for Wayne Benjamin Bradley, Deceased

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATASHA A. BRADLEY, Individually and as the personal representative of WAYNE BENJAMIN BRADLEY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, as the Secretary of the California Department of Corrections and Rehabilitation (CDCR), JOE LIZARRAGA, Warden of Mule Creek State Prison, and DOES 1-50,<br><br>Defendants. | No. 2:18-cv-02994-TLN-AC<br><br>No. 2:19-cv-01098-TLN-AC<br><br>**STIPULATION AND ORDER TO CONSOLIDATE CASES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 42(a)** |

Case Nos. 2:18-cv-02994-TLN-AC and
2:19-cv-01098-TLN-AC
STIP. & ORDER TO CONSOLIDATE CASES

Pursuant to Federal Rule of Civil Procedure 42(a), Plaintiff Natasha A. Bradley, Plaintiff Taryn Bradley-Aboyade, and Defendants, through their respective counsel of record, hereby stipulate that the cases *Natasha Bradley v. Scott Kernan, et al.*, No. 2:18-cv-02994-TLN-AC and *Taryn Bradley-Aboyade v. D. Crozier, et al.*, No. 2:19-cv-01098-TLN-AC should be consolidated for pretrial dates and trial.

Both cases are 42 U.S.C. § 1983 actions arising out of a single incident: the murder of Wayne Benjamin Bradley by his cellmate. The actions are brought by Mr. Bradley's wife, Natasha Bradley, and daughter, Taryn Bradley. Both cases proceed against overlapping Defendants. Because both actions involve similar questions of fact and law, the Parties submit that they should be consolidated under Federal Rule of Civil Procedure 42(a).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

Dated: April 12, 2023    LAW OFFICES OF JOHN BURTON
                         HELM LAW OFFICE, PC


                         /s/ T. Kennedy Helm, IV
                         JOHN BURTON
                         T. KENNEDY HELM, IV
                         Attorneys for Plaintiff
                         NATASHA BRADLEY

Dated: April 12, 2023    CONLOGUE LAW, LLP


                         /s/ Kevin S. Conlogue*
                         KEVIN S. CONLOGUE
                         ASHLEY M. CONLOGUE
                         Attorneys for Plaintiff
                         TARYN BRADLEY-ABOYADE

Dated: April 12, 2023    ROB BONTA
                         Attorney General of California
                         JEFFREY T. FISHER
                         Supervising Deputy Attorney General

Case Nos. 2:18-cv-02994-TLN-AC and
2:19-cv-01098-TLN-AC
STIP. & ORDER TO CONSOLIDATE CASES

          /s/ William P. Buranich*
          WILLIAM P. BURANICH
          Deputy Attorney General
          Attorneys for Defendants

*Pursuant to Local Rule 131(e), counsel has authorized submission of this document on counsel's behalf.

## ORDER

GOOD CAUSE having been shown, the foregoing stipulation to consolidate cases *Natasha Bradley v. Scott Kernan, et al.*, No. 2:18-cv-02994-TLN-AC and *Taryn Bradley-Aboyade v. D. Crozier, et al.*, No. 2:19-cv-01098-TLN-AC pursuant to Federal Rule of Civil Procedure 42(a) is HEREBY GRANTED. The Clerk of Court is directed to consolidate these cases and close 2:18-cv-02994-TLN-AC.

**IT IS SO ORDERED.**

Dated: April 13, 2023

          Troy L. Nunley
          United States District Judge